*Peter Toumbekis*
*Attorney at Law*
*129 West 15 Street*
*New York, NY 10011*

(212) 633-2009                                                                                    Fax: (212) 633-2020

October 25, 2012

VIA FACSIMILE: (212) 805-6382
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10003

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/12
```

RE:   United States v. Trucchio, et al.
      Docket No.: 11-CR-00614 (VM)
      Defendant: Aleksandr Kravets

Dear Hon. Marrero:

　　　The purpose of this correspondence is to request a modification of the terms and conditions of the release of the above-captioned Defendant, Aleksandr Kravets, in order for Mr. Kravets to work.

　　　Mr. Kravets has earnestly been seeking employment and on September 21, 2012, Mr. Kravets was offered a job as the Assistant Manager of an establishment in Brooklyn, NY called "Soho Lounge" which is a restaurant/lounge which serves food and beverages, and does not have live entertainment. (a copy of the employment letter is attached hereto).

　　　I have conferred with the U.S. Attorney's office and with the Pre-Trial Services Officer. I understand that Pre-Trial Services will not consent to my client's, Mr. Kravets', requested employment and the U.S. Attorney's Office's position is to rely on the decision of Pre-Trial concerning Mr. Kravets' request.

　　　Mr. Kravets has dutifully and responsibly complied with the terms of his release and has been on electronic home monitoring since his arrest, which was over 10 months ago. Mr. Kravets has sought employment since his arrest because he needs to support himself, as well as provide for the children he has with his former spouse and the child he has with his current wife. In addition, Mr. Kravets has monthly expenses that he has not been able to pay because he has been unemployed and not earning a living; and thus, is behind on payments and in debt.

Mr. Kravets has worked in the hospitality business for the last 15 years, and has worked as a manager, events coordinator and assistant manager. Mr. Kravets's employment skills, training and knowledge are in the hospitality business and specifically in the operations of restaurants/lounges. Since Mr. Kravets' work experience is limited to restaurant/lounge management, employment has been hard to find, especially in these tight economic times and coupled with Mr. Kravets' instant circumstances. Accordingly, Mr. Kravets' is thankful to have secured this offer of employment and prays that this Honorable Court will grant same.

Thank you in advance for your consideration.

Respectfully submitted,

Peter Toumbekis, Esq.

> Request DENIED. Upon due consideration of defendant Aleksandr Kravets' application for modification of bail conditions to permit him to work as a night manager of a restaurant/lounge, and the views of the Government and Pre-Trial Services, the Court is not persuaded that the request warrants approval.
>
> SO ORDERED:
>
> 11-21-12
> DATE          VICTOR MARRERO, U.S.D.J.

# Soho Lounge

2213 65 STREET
BROOKLYN, NY 11204
(718) 872-6095

September 21, 2012

Mr. Alexsandr Kravets
8886 19h Avenue
Brooklyn, NY 11235

Dear Mr. Kravets:

On behalf of Soho Lounge, I am pleased to offer you the position of Assistant Manager with a weekly salary of five hundred dollars.

As Assistant Manager, you are expected to work on Thursday, Friday and Saturday from opening to close (7:00PM to 4:00AM). Your duties and responsibilities will include the following:

1. Supervising the staff and personnel.
2. Opening and closing the establishment.
3. Closing out and reconciling the registers at the end of the evening.
4. Coordinating the set up and clean up of the establishment.
5. Assisting with the ordering and delivery of goods and services.

Your employment is effective immediately. Kindly apprise us of when you can commence your employment.

We welcome you to Soho Lounge and look forward to a prosperous relationship.

Very truly yours,

Vladimir Barman

3 of 3